## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:03CR187-Mu

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JOHNNY BERNARD LITTLE, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon defendant's motion to continue this matter from the October 3, 2005 term of court.

The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

**IT IS THEREFORE ORDERED** that this trial be scheduled for the **January 9, 2006** term at 10:00 a.m. in the Charlotte Division.

The clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U. S. Probation Office.

IT IS SO ORDERED.

**Signed: October 4, 2005**

*/s/ Graham C. Mullen*

Graham C. Mullen
Chief United States District Judge